NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE VISTAPRINT TECHNOLOGIES LTD.

---

### 2013-1261, -1550

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in consolidated Reexamination Nos. 90/009,295, 90/009,296, 90/009,313, and 90/009,315.

---

## JUDGMENT

---

JOHN A. DRAGSETH, Fish & Richardson P.C., of Minneapolis, Minnesota, argued for appellant. With him on the brief was RICHARD J. ANDERSON.

MICHAEL S. FORMAN, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were NATHAN K. KELLEY, Acting Solicitor, and BRIAN T. RACILLA, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* O'MALLEY, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 10, 2014        /s/ Daniel E. O'Toole
Date                  Daniel E. O'Toole
                       Clerk of Court